# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                     NO. 2021 KW 0788

VERSUS

QUINTON LAWRENCE                                  **SEPTEMBER 28, 2021**

---

In Re:    Quinton Lawrence, applying for supervisory writs, 18th
          Judicial District Court, Parish of Iberville, No. 343-
          16.

---

**BEFORE:    McDONALD, LANIER, AND WOLFE, JJ.**

        **WRIT DENIED ON THE SHOWING MADE.**  Relator failed to provide
this court with a copy of the motion filed with the district
court, the district court's ruling on the motion, the bill of
information or indictment, all pertinent minute entries and/or
transcripts, and any other portions of the district court record
that might support the claims raised in the writ application.

                                JMM
                                WIL
                                EW

COURT OF APPEAL, FIRST CIRCUIT

_____
    DEPUTY CLERK OF COURT
        FOR THE COURT